**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

JORGE LUIS LABRADA LOPEZ,

Petitioner,

v. No. 1:26-cv-03136-KG-JMR

MARKWAYNE MULLIN, Secretary,
U.S. Department of Homeland Security; et al.,

Respondents.

**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS**
**AND DIRECTING RESPONDENTS TO IMMEDIATELY RELEASE PETITIONER**

This matter is before the Court on Petitioner Jorge Luis Labrada Lopez's petition for writ of habeas corpus ("Petition"), filed September 22, 2026. *See* Doc. 1. The Court has considered Petitioner's Petition, the Government's Response, Doc. 7, and the Petitioner's Reply, Doc. 8. There appears to be no dispute as to the factual representations in the Petition, and therefore the Court adopts Petitioner's statement of the facts as the Court's own. *See* Doc. 7 at 1 ("Respondents are not submitting a factual Declaration or legal brief in opposition to the Petition.") The Government states that "Petitioner has been in ICE custody for over six months as of the filing of this response, and ICE has not produced any documents rebutting Petitioner's claims or indicating that Petitioner's removal is imminent." *Id.* For that reason, and those stated in *Perez v. De Anda-Ybarra*, 2026 WL 2035275, at *1 (D.N.M. July 14,2026), the Court grants the Petition.

In habeas corpus proceedings, "a federal court 'possesses power to grant *any form of relief necessary* to satisfy the requirement of justice.'" *Burton v. Johnson*, 975 F.2d 690, 693 (10th Cir. 1992) (quoting *Levy v. Dillon*, 415 F.2d 1263, 1265 (10th Cir. 1969)). Immediate release is the appropriate remedy in this case as Respondents have not shown Petitioner's

removal is reasonably foreaseeable. *See Munaf v. Geren*, 553 U.S. 674, 693 (2008) ("The typical remedy for [unlawful executive] detention is, of course, release.").

It is hereby ordered:

1. Respondents must immediately release (no later than forty-eight (48) hours from this Order's filing) Petitioner from custody. The Government shall not impose any new conditions of release.
2. Upon Petitioner's release, Respondents must return all of his property, including any identification documentation that was in his possession when he was detained.
3. Respondents shall provide a copy of this Order to Petitioner.
4. Respondents must file a status report within five (5) business days of this Order's filing to certify their compliance.
5. The Government is enjoined from re-detaining Petitioner absent a showing that his removal is reasonably foreseeable—such as communications from foreign governments and the Government's anticipated timeline.
6. Petitioner's Motion for Order to Show Cause, Doc. 2, is denied as moot.

IT IS SO ORDERED.

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.